**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **WHETSTONE ELECTRONICS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 6:08cv317** |
| | § | |
| **v.** | § | |
| | § | |
| **EPSON AMERICA, INC., et al,** | § | **Jury Trial Demanded** |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND**

On this day came to be considered Whetstone Electronics, LLC's Unopposed Motion for

Extension of Time to Respond to the Motion to Dismiss of defendant Beijing Founder Electronics

Co. Ltd., and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion for Extension of Time

to Respond to the Motion to Dismiss of defendant Beijing Founder Electronics Co. Ltd. be granted

and that the deadline for Whetstone Electronics, LLC to respond to the Motion to Dismiss has been

extended to October 30, 2008.

**So ORDERED and SIGNED this 14th day of October, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**