**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **WHETSTONE ELECTRONICS, LLC,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:08cv317 |
| | § | |
| v. | § | |
| | § | |
| **EPSON AMERICA, INC., et al,** | § | Jury Trial Demanded |
| | § | |
| Defendants. | § | |

## ORDER GRANTING EXTENSION OF TIME TO RESPOND

On this day came to be considered Whetstone Electronics, LLC's Third Unopposed Motion for Extension of Time to Respond to the Motion to Dismiss of defendant Beijing Founder Electronics Co. Ltd. and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Third Unopposed Motion for Extension of Time to Respond to the Motion to Dismiss of defendant Beijing Founder Electronics Co. Ltd. be granted and that the deadline for Whetstone Electronics, LLC to respond to the Motion to Dismiss has been extended to November 26, 2008.

**So ORDERED and SIGNED this 14th day of November, 2008.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**