# IN THE UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| WHETSTONE ELECTRONICS, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:08cv317 |
| | § | |
| v. | § | |
| | § | |
| EPSON AMERICA, INC., et al, | § | Jury Trial Demanded |
| | § | |
| Defendants. | § | |

## PLAINTIFF WHETSTONE AND DEFENDANT INCA DIGITAL PRINTER, CO. AND FUJIFILM SERICOL USA, INC.'S JOINT MOTION FOR EXTENSION OF TIME TO FILE REPORT REGARDING SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, WHETSTONE ELECTRONICS, LLC ("Whetstone"), Plaintiff in the above-matter and joined by INCA DIGITAL PRINTER CO., LTD, Defendant and FUJIFILM SERICOL USA, INC., Defendant moves the Court to extend for two weeks the date to report the status of all negotiations between the parties regarding resolution to November 30, 2009.

II.

This motion is a joint motion, agreed to by the parties involved and will not cause any delay in this matter in regard to any other party or deadline presently pending.

WHEREFORE, Whetstone Electronics, LLC, , Inca Digital Printer Co., Ltd, and Fujifilm Sericol, USA, Inc., respectfully prays that the Court to extend for two weeks the date to report the status of all negotiations between the parties regarding resolution to November 30, 2009.

.

Dated: November 16, 2009.  Respectfully submitted,

/s/ Guy N. Harrison
Guy N. Harrison
Attorney at Law
217 N. Center Street
P.O. Box 2845
Longview, Texas 75606
Tel: (903) 758-7361
Fax: (903) 753-9557
E-Mail: guy@gnhlaw.com

OF COUNSEL:

Andrew DiNovo
Adam Price
DiNovo Price Ellwanger & Hardy
7000 MoPac Expressway, Suite 350
Austin, Texas 78731
Tel: (512) 539-2626
Fax: (512) 539-2627
adinovo@dpelaw.com
aprice@dpelaw.com

ATTORNEYS FOR PLAINTIFF
WHETSTONE ELECTRONICS, LLC

## CERTIFICATE OF CONFERENCE

I certify that Defendant Inca Digital Printer, Co., Ltd, and Fujifilm Sericol USA, Inc. have confirmed this Joint Motion for Extension of Deadlines is agreed and is to be filed as a joint motion seeking such relief.

/s/ Guy N. Harrison
Guy N. Harrison

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2009, I electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Guy N. Harrison