# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| WHETSTONE ELECTRONICS, LLC<br><br>Plaintiff,<br><br>v.<br><br>EPSON AMERICA, INC., et al.<br><br>Defendants. | CIVIL ACTION NO. 6:08-cv-317<br><br>Judge Leonard Davis<br><br>JURY TRIAL DEMANDED |

## DEFENDANT EASTMAN KODAK COMPANY'S NOTICE
## OF DISCLOSURES REQUIRED BY P.R. 4-1

Eastman Kodak Company, ("Eastman"), defendant in the above-entitled and numbered civil action, certified that on December 18, 2009 it made the disclosures required by P.R. 4-1.

DATED: December 22, 2009

Respectfully submitted,

/s/Jennifer Parker Ainsworth
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

Mark M. Supko (*pro hac vice*)
msupko@crowell.com
Brian M. Koide (*pro hac vice*)
bkoide@crowell.com
Ronald L. Sigworth (*pro hac vice*)
rsigworth@crowell.com
Jeffrey D. Ahdoot (*pro hac vice*)

jahdoot@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Defendant*
*Eastman Kodak Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 22, 2009. Any other counsel of record will be served by First Class U. S. mail on this same date.

/s/Jennifer Parker Ainsworth
Jennifer Parker Ainsworth