**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| WHETSTONE ELECTRONICS, LLC, | ) )  )  ) |
| Plaintiff, | ) CASE NO. 6:08-CV-00317-LED-JDL ) |
| v. | ) ) |
| EPSON AMERICA, INC., *et al.* | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Came before the Court, Plaintiff Whetstone Electronics, LLC and Defendant Mimaki USA Inc. ("Parties"), and filed their Joint Motion to Stay All Deadlines. After consideration of same, the Court finds that said Joint Motion is GRANTED.

IT IS THEREFORE ORDERED that all pending deadlines in this matter are stayed up to and including February 25, 2010. Should the parties not be able to finalize their settlement negotiations and file the appropriate dismissal documents before the expiration of February 25, 2010, the parties will notify the Court and file a request for new deadlines in this matter.

**So ORDERED and SIGNED this 27th day of January, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

{A07\8103\0001\W0416776.1}

4