# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| WHETSTONE ELECTRONICS, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:08cv317 |
| | § | |
| v. | § | |
| | § | |
| EPSON AMERICA, INC., et al, | § | Jury Trial Demanded |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO STAY ALL DEADLINES AS BETWEEN PLAINTIFF AND DEFENDANT, EASTMAN KODAK COMPANY

NOW COMES, Plaintiff, Whetstone Electronics, LLC and Defendant Eastman Kodak Company and moves the Court to stay all deadlines involving these two parties up to and including February 25, 2010, and would show the Court as follows:

I.

The parties are working on a settlement in principle and are presently working towards memorializing agreements between the parties.

II.

The parties jointly request a stay of upcoming deadlines until February 25, 2010, so that they can continue working toward settlement and preparation of dismissal papers. In the event the negotiations are not completed and this matter as between these parties not resolved by filings of papers with the court on or before February 25, 2010, the parties will approach the Court and file such request as are necessary at that time.

This extension is sought not for delay but for good cause and that justice may be served.

# **PRAYER**

Plaintiff, Whetstone Electronics, LLC, and Defendant, Eastman Kodak Company respectfully prays that the deadlines as between these parties be stayed until February 25, 2010, and for such other and further relief as to which they may show themselves justly entitled.

Filed: February 3, 2010.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Guy N. Harrison
　　　　　　　　　　　　　　　　　　　　　Guy N. Harrison
　　　　　　　　　　　　　　　　　　　　　217 N. Center Street
　　　　　　　　　　　　　　　　　　　　　P.O. Box 2845
　　　　　　　　　　　　　　　　　　　　　Longview, Texas 75606
　　　　　　　　　　　　　　　　　　　　　Tel: (903) 758-7361
　　　　　　　　　　　　　　　　　　　　　Fax: (903) 753-9557
　　　　　　　　　　　　　　　　　　　　　guy@gnhlaw.com

OF COUNSEL:
Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No.
**DINOVO PRICE ELLWANGER
& HARDY LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2631
Facsimile: (512) 539-2627
adinovo@dpehlaw.com

*Attorneys for Plaintiff Whetstone Electronics, LLC*

## CERTIFICATE OF CONFERENCE

I certify that Defendant, Eastman Kodak Company, is joining in and unopposed to this Motion for Stay of All Deadlines up to and including February 25, 2010.

/s/ Guy N. Harrison
Guy N. Harrison

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of February, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Guy N. Harrison
Guy N. Harrison