**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **WHETSTONE ELECTRONICS, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.: 6:08-cv-317 (LED)** |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **EPSON AMERICA, INC., ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, Whetstone Electronics, LLC, and Defendant, Fujifilm Sericol USA, Inc., hereby stipulate to the dismissal of all claims against Fujifilm Sericol USA, Inc., and all counterclaims by Fujifilm Sericol USA, Inc. against Whetstone Electronics, Inc., without prejudice and each party is to bear its own costs. The parties request that the Court enter an order consistent with the stipulation of the parties, such as the proposed order filed with this pleading.

Dated:  February 3, 2010.

Respectfully submitted,

/s/ Guy N. Harrison
Guy N. Harrison
217 N. Center
PO Box 2845
Longview, TX 75606
Tel: (903) 758-7361
Fax: (903) 753-9557
guy@gnhlaw.com


Andrew G. DiNovo
Adam Price
DINOVO PRICE ELLWANGER & HARDY, LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Tel: (512) 539-2626
Fax: (512) 539-2627
adinovo@dpehlaw.com
aprice@dpehlaw.com

*Counsel for Plaintiff*



/s/  *Jeffrey J. Simon*
Jeffrey J. Simon, *Pro Hac Vice*
Joshua M. Ellwanger
HUSCH BLACKWELL SANDERS, LLP
4801 Main St, Suite 1000
Kansas City, MO 64112
jeff.simon@huschblackwell.com
josh.ellwanger@huschblackwell.com

J. Thad Heartfield, Texas Bar No. 09346800
M. Dru Montgomery, Texas Bar No. 24010800
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
thad@jth-law.com
dru@jth-law.com

*Counsel for FUJIFILM Sericol USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2010, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service, Local Rule CV-5(a)(3)(A).

/s/ Guy N. Harrison
Guy N. Harrison