**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| WHETSTONE ELECTRONICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 6:08-CV-00317-LED-JDL |
| | ) | |
| v. | ) | |
| | ) | |
| EPSON AMERICA, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR AN ADDITIONAL STAY OF ALL DEADLINES

Plaintiff Whetstone Electronics, LLC and Defendant Mimaki USA Inc. ("Parties"), respectfully file this Joint Motion for an Additional Stay of all Deadlines up to and including March 19, 2010 and would show the Court as follows:

1.      The parties have reached a settlement in principle, resulting from the Court Ordered meditation on January 25, 2010, and are continuing their efforts on working towards memorializing that agreement.

2.      The parties request an additional stay of upcoming deadlines until March 19, 2010 so that they can continue working toward settlement and file dismissal papers.  In the event dismissal papers cannot be filed on or before March 19, 2010, the parties will approach the Court and file a request for new deadlines in this matter.

3.      The parties jointly seek this extension of time not for delay but for good cause and that justice may be served.  It is agreed by and between the parties that nothing herein shall prejudice any party herein from pursuing that party's position regarding pending matters after March 19, 2010 in the event no complete agreement is reached.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Whetstone Electronics, LLC and Defendant Mimaki USA Inc. pray that the Court enter the attached order and stay all pending deadlines up to and including March 19, 2010, and for such other and further relief as to which they may show themselves justly entitled.

Dated: February 26, 2010    Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Of Counsel:*
Masayasu Mori, Esq.
DITTAVONG MORI & STEINER, P.C.
918 Prince Street
Alexandria, VA 22314
Tel: (703) 519-9953
Fax: (703) 519-9958
mmori@dcpatent.com

Richard D. Kelly, Esq.
Andrew M. Ollis, Esq.
OBLON, SPIVAK, MCCLELLAND,
 MAIER & NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, VA 22314
Tel: (703) 413-3000
Fax: (703) 413-2220
rkelly@oblon.com
aollis@oblon.com

**ATTORNEYS FOR DEFENDANT MIMAKI USA, INC**.

*/s/ Guy N. Harrison, with permission*
*by Michael E. Jones*
Guy N. Harrison
Attorney at Law
217 N. Center Street
PO Box 2845
Longview, TX 75606
Tel: 903-758-7361
Fax: 903-753-9557
guy@gnhlaw.com

Of Counsel:
Andrew DiNovo
Adam Price
DiNovo Price Ellwanger & Hardy
7000 MoPac Expressway, Suite 350
Austin, TX 78731
Tel: 512-539-2626
Fax: 512-539-2627
adinovo@dpelaw.com
aprice@dpelaw.com

**ATTORNEYS FOR PLAINTIFF**
**WHETSTONE ELECTRONICS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 26, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*