# IN THE UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| WHETSTONE ELECTRONICS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:08cv317 |
| v. | § § | |
| EPSON AMERICA, INC., et al, | § § | Jury Trial Demanded |
| Defendants. | § § | |

## JOINT MOTION FOR JUDGMENT OF DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN PLAINTIFF WHETSTONE ELECTRONICS, LLC AND DEFENDANTS RTI GLOBAL, INC. AND RIPMALL TECHNOLOGIES, INC.

Pursuant to Rule 41(a) of the federal Rules of Civil Procedure, Plaintiff Whetstone Electronics, LLC, and Defendants RTI Global, Inc. and Ripmall Technologies, Inc. hereby jointly move for judgment of dismissal with prejudice of all claims by Whetstone Electronics, LLC against Defendants RTI Global, Inc. and Ripmall Technologies, Inc. and all counterclaims by Counterplaintiff's RTI Global, Inc. and Ripmall Technologies, Inc. against Counterdefendant Whetstone Electronics, LLC.

The parties further move this Court to order that all costs and expenses relating to this litigation shall be borne by the party incurring same, and that all rights of appeal are waived. A proposed Order accompanies this Motion pursuant to Local Court Rule CV-7(a).

Agreed to and respectfully submitted on the 1st day of March, 2010.

Dated: March 1, 2010.

| LAW OFFICE OF GUY N. HARRISON | LAW OFFICE OF HARRY HASKINS |
|---|---|
| /s/ Guy N. Harrison | /s/ Harry Haskins |
| Guy N. Harrison | Harry Haskins, Esquire |
| Attorney at Law | Attorney at Law |
| State Bar No. 00000077 | 3400 South Tamiami Trial |
| 217 N. Center Street | Sarasota, Florida 34239 |
| Longview, Texas 75606 | |
| Tel: (903) 758-7361 | Tel: (941) 366-1388 |
| Fax: (903) 753-9557 | |
| E-Mail: guy@gnhlaw.com | E-Mail: Haskinslaw@aol.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded via the Court's CM/ECF Filing System to each attorney/party of record on March 1, 2010.

/s/ Guy N. Harrison
Guy N. Harrison